UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY A. HICKS

                Plaintiff,

-vs-                                                  Case No. 8:06-cv-2354-T-24MAP

Correctional Officers, G.G. GAMMAD and
B. SPENCER,

                Defendants.
_____

**MEMORANDUM**

    This case is closed. Pursuant to a request from the Florida Department of Corrections, Bureau of Finance and Accounting Inmate Trust, the Court states that the total amount of the filing fees owed by Jerry Hicks is $350.00. The Clerk is directed to send a copy of this memorandum to Inmate Accounting 1711 Mahan Drive, Tallahassee, FL 32308 Attention: Jeffrey R. Straley, Professional Account Supervisor; Veronica Wold, Government Operations Consultant. The Department of Corrections shall place a lien on the inmate's trust account for court costs and filing fees due.

    ORDERED at Tampa, Florida, on January 24, 2007.

                                                                SUSAN C. BUCKLEW
                                                                United States District Judge

Jerry A. Hicks